UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maslah Haji Mohamed,                   Civil No. 13-643 (PAM/JJG)

               Petitioner,

v.                                            **ORDER**

U.S. Department of Homeland
Security,

               Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeanne J. Graham, dated September 30, 2013.

The R&R recommended that this Court dismiss as moot Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. Petitioner has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 14).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED as moot**; and

2. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 29, 2013

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge